UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

MICHAEL SCHULTZ, JOHN SCALA,
HUUB VAN ROOSMALEN, KIP KIRCHER,
ROBERT H. WAKE and LOUIS
SPANBERGER, On Behalf of Themselves and
All Others Similarly Situated,

               Plaintiffs,

   vs.

TOMOTHERAPY INCORPORATED,
FREDERICK A. ROBERTSON, T.
ROCKWELL MACKIE, STEPHEN C.
HATHAWAY, PAUL RECKWERDT,
MICHAEL J. CUDAHY, JOHN J.
MCDONOUGH, JOHN NEIS, CARY C.
NOLAN, CARLOS A PEREZ, M.D., SAM R.
LENO and FRANCES S. TAYLOR,

               Defendants.

**:**

08-cv-000314-SLC

08-cv-000342-SLC

<u>CLASS ACTION</u>

## **PLAINTIFFS' MOTION FOR <u>FINAL APPROVAL OF THE SETTLEMENT AND REQUEST FOR ATTORNEY FEES</u>**

     Lead Plaintiffs, by and through Co-Lead Counsel, hereby move this Court, pursuant to

Fed. R. Civ. P. 23.1, for entry of the proposed form of Final Judgment and Order of Dismissal,

Exhibit B to the Stipulation of Settlement, that, *inter alia*: **(1)** approves the parties' settlement of

the claims raised in the Second Consolidated Complaint ("Complaint") as fair, reasonable and

adequate and **(2)** enters a final judgment.  Lead Plaintiffs also move the Court for entry of the proposed form of Orders that **(1)** approve Co-Lead Counsel's application for a joint award of attorneys' fees and reimbursement of expenses and **(2)** approve the Plan of Allocation as set forth in the Notice.

In support of this Motion, Lead Plaintiffs rely upon all of their related submissions, all proceedings before this Court, and the accompanying Memorandum of Law.

Dated: February 1, 2011                                    Respectfully submitted,


By:      */s/  Shpetim Ademi*_____
Guri Ademi (SBN 1021729)
Shpetim Ademi (SBN 1026973)
**Ademi & O'Reilly, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Telephone:  414-482-8000
Fax: 414-482-8001

***Lead Plaintiffs' Liaison Counsel***

Jack Reise
Paul Geller
**Robbins Geller Rudman & Dowd LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000

Deborah R. Gross
Robert P. Frutkin
Kay E. Sickles
**Law Offices Bernard Gross, P.C.**
100 Penn Square East, Suite 450
Philadelphia, PA 19107
Telephone: 215-561-3600

***Lead Plaintiffs' Lead Counsel***

Laurence D. Paskowitz
**Paskowitz & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: 212-685-0969

Roy L. Jacobs
**Roy Jacobs & Associates**
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone:  212-867-1156

Kenneth Elan
**Law Offices of Kenneth Elan**
217 Broadway
New York, NY 10007

**Additional Counsel for Plaintiffs**